CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED for RJK

APR 14 2011

JULIA C. DUDLEY, CLERK
BY: H McDonagh
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| CURTIS JEFFERSON, | ) | Civil Action No. 7:11-cv-00165 |
|     Petitioner, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| JUDGE JAMES V. LANE, | ) | By: Hon. Jackson L. Kiser |
|     Respondent. | ) | Senior United States District Judge |

In accordance with the written memorandum opinion entered this day, it is hereby

**ORDERED**

that petitioner's request to proceed in forma pauperis is **GRANTED**; petitioner's petition for a writ of mandamus is **DISMISSED without prejudice as frivolous**, pursuant to 28 U.S.C. § 1915(e)(2)(B)(i); and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to the petitioner.

ENTER: This __14th__ day of April, 2011.

                                                    /s/ Jackson L. Kiser
                                                  Senior United States District Judge